FILED

2003 OCT 24 P 12: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MADORE, | : | NO. 3:02CV-0424 (SRU) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| MR. LYNCH and MR. HOYT, | : | |
| *Defendants.* | : | OCTOBER 22, 2003 |

## MOTION TO COMPEL
## COOPERATION IN DISCOVERY

Pursuant to the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request that this court order the plaintiff to cooperate in discovery by presenting himself for the purpose of having his deposition taken, or to suffer the dismissal of this lawsuit. In support of this motion, the defendants represents as follows:

1. On October 1, 2003, the defendants mailed to the plaintiff a notice of his deposition to be held at the Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut, at 10:00 a.m. on Friday, October 17, 2003. A copy of said notice of deposition is attached to this motion at Tab A.

2. The plaintiff failed to present himself at the appointed time, or to contact the undersigned for the purpose of rescheduling the deposition.

3. Counsel for the defendant only has a mailing address for the *pro se* plaintiff and, therefore, has been unable to contact him to determine why he failed to appear, or to otherwise reschedule the deposition. Counsel's affidavit to this effect is attached to this motion at Tab B.

4. The ability to depose the plaintiff is crucial to the defendants' ability to prepare their case and to present an effective defense against the plaintiffs' allegations of wrongdoing on their

part. Absent the requested deposition, the defendants' ability to investigate the allegations of wrongdoing proffered, to cross-examine the plaintiff, and to present appropriate witnesses during the course of the trial will be severely prejudiced.

WHEREFORE, the defendants requests that the plaintiff be ordered to immediately comply with the rules of discovery by contacting the defendant within ten days of the date of this motion for the purpose of rescheduling his deposition, or to suffer the dismissal of this lawsuit with prejudice.

> DEFENDANTS
> Todd Lynch and Keith Hoyt
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Stephen R. Sarnoski
> Assistant Attorney General
> MacKenzie Hall
> 110 Sherman Street
> Hartford, CT 06105
> Tel. (860) 808-5450
> Federal Bar #ct05129
> E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following on this the 22nd day of October, 2003:

Kevin Madore
C/0 Stephanie Hatfield
P.O. Box 1602
New London, Connecticut 06320

                                                                      _____
                                                                       Stephen R. Sarnoski
                                                                       Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MADORE, *Plaintiff,* | : | No. 3:02CV-0424 (SRU) |
| V. | : | |
| MR. LYNCH and MR. HOYT, *Defendants.* | : | OCTOBER 1, 2003 |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the below named defendant, through his attorney, the undersigned, will take the deposition of the plaintiff, **Kevin Madore**, for purposes of discovery and/or use at the trial of this matter, to be recorded stenographically before Brandon Court Reporting, or other competent authority, on **Friday, October 17, 2003, at 10:00 a.m.,** or such other day to which the proceedings may be continued until completed, at the Offices of the Attorney General, 110 Sherman Street, Hartford, Connecticut. You are invited to attend and cross-examine.

In addition, at the time of the deposition, the deponent will bring with him his completed responses to the defendants' interrogatories and requests for production dated June 6, 2003.

DEFENDANTS
Todd Lynch and Keith Hoyt

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Fed. Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing notice was mailed, first-class, postage pre-paid, on this the 1st day of October, 2003 to the following attorneys and/or pro se parties of record:

Kevin Madore
C/O Stephanie Hatfield
P.O. Box 1602
New London, Connecticut 06320

_____
Stephen R. Sarnoski
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MADORE, | : | NO. 3:02CV-0424 (SRU) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| MR. LYNCH and MR. HOYT, | : | |
| *Defendants.* | : | OCTOBER 22, 2003 |

### AFFIDAVIT OF STEPHEN SARNOSKI

I, Stephen Sarnoski, being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Stephen Richard Sarnoski. I am currently employed by the Office of the Attorney General for the State of Connecticut. I have been so employed for about fourteen years. I am currently assigned to the Public Safety Division. I have been so assigned for approximately fourteen years.

2. I am counsel for the defendants in this matter.

3. In accordance with the requirements of the Local Rules for the District of Connecticut, Rule 37(a), I hereby certify that I have conferred, or attempted to confer, in good faith with the opposing party in an effort to obtain resolve this discovery dispute without the involvement of the Court, in the manner set forth in the attached motion to compel discovery, but have been unable to do so.

I have read the foregoing affidavit consisting of one page. It is true and accurate to the best of my knowledge.

COUNSEL FOR THE DEFENDANTS

_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Federal Bar #ct05129

Subscribed and sworn to before me this 22nd day, of October, 2003.

_____
Notary Public/Commissioner of the Superior Court

My Commission Expires: _____

My Commission Exp. May 31, 2004

2