UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MADORE,          : | |
|     Plaintiff,             : | |
|                                 : | |
| v.                           : | No. 3:02 CV 424 (SRU) |
|                                 : | |
| MR. LYNCH and MR. HOYT,  : | |
|     Defendants.          : | |

**ORDER**

The defendants filed a Motion to Compel Cooperation in Discovery dated October 22, 2003 (**doc. #17**). In that motion, the defendants assert that the plaintiff, Kevin Madore, failed to attend his noticed deposition or to contact counsel for the defendants to reschedule the deposition to a more convenient day and time. The plaintiff failed to file a timely response to the motion, which is hereby GRANTED.

**The plaintiff is hereby given notice that failure to comply with legitimate discovery requests – including the taking of sworn testimony from the plaintiff at a deposition – will result in severe sanctions, which can include monetary fines and/or dismissal of this case. To avoid possible dismissal of this case, Kevin Madore must respond to discovery requests and must attend his noticed deposition.**

It is SO ORDERED.

Dated at Bridgeport, Connecticut this 18th day of December 2003.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge