FILED

2003 SEP 11 P 2: 16

15

GRANTED, as set forth in the Court's order dated December 18, 2003. So ordered.
Stefan R. Underhill
United States District Judge
12/22/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN MADORE,
    *Plaintiff,*

V.

MR. LYNCH and MR. HOYT,
    *Defendants.*

NO. 3:02CV-0424 (SRU)

SEPTEMBER 10, 2003

## MOTION TO COMPEL
## COOPERATION IN DISCOVERY

Pursuant to the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request that this court order the plaintiff to cooperate in discovery by responding to their interrogatories and requests for production dated June 6, 2003, or to suffer the dismissal of this lawsuit. In support of this motion, the defendants represents as follows:

1. On June 6, 2003, counsel for the defendants mailed to the plaintiff a set of interrogatories and requests for production at the address listed in his complaint (Enfield Correctional Institution). A copy of said interrogatories and requests for production are attached to this motion at Tab A.

2. The mailing which contained said interrogatories and requests for production was returned indicating that the plaintiff had been discharged from the custody of the Department of Correction.

3. Thereafter, on July 30, 2003, counsel for the defendants remailed a copy of said interrogatories and requests for production to the plaintiff at the address listed on the court docket sheet. In the correspondence accompanying said mailing, counsel indicated that the plaintiff had not responded to the discovery requests, and that compliance was required. The