HONORABLE Stefan Underhill
DEPUTY CLERK Monte/Sheath   RPTR/ERO/TAPE Chucci

TOTAL TIME: ___ hours ___ minutes

DATE 5-7-04   START TIME _____   END TIME 11:50
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv 424 (SRU)

Madore, et al
vs.
Lynch, et al

§
§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Pro se (did not appear)
Plaintiffs Counsel

Steve Sarnoski
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement

☑ Order of Dismissal _____  ☑ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed

☐ _____ # jurors present

☐ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ Voir Dire by Court

☐ Peremptory challenges exercised (See attached)

☐ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☐ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK