UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MADORE,<br>    Plaintiff, | :<br>:<br>: | |
| v. | :<br>: | CIVIL ACTION NO.<br>3:02cv0424 (SRU) |
| MR. LYNCH and MR. HOYT,<br>    Defendants. | :<br>:<br>:<br>: | |

## NOTICE OF DISMISSAL

The plaintiff is hereby notified that this case has been dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for plaintiff's failure to prosecute this action. The failure to prosecute includes plaintiff's failure to cooperate in discovery, as set forth in defendants' motion to dismiss for failure to cooperate in discovery (doc. # 22), the plaintiff's failure to participate in the preparation of the joint trial memorandum, as required by court order, and the plaintiff's failure to attend the calendar call this morning, again as required by court order.

This dismissal is without prejudice to plaintiff moving – within thirty days of today – to reopen the dismissal upon a showing of good cause for his failure to prosecute this action and good cause to believe that he has a valid claim for relief. Unless the plaintiff makes such a motion, the effect of this dismissal will be that the plaintiff will have lost his case on the merits and will not be able to pursue it further.

It is so ordered.

Dated at Bridgeport, Connecticut, this 7th day of May 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge